**24 CV 6450**

Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
### (Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.** **Full Name of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

ASADUL ALAM

-vs-

**B.** **Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Homeland Security

2.

3.

4.

5.

6.

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
### All of these sections *MUST* be answered

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: live neighbor country close to the court.

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: live neighbor country close to the court.

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, property rights claim, or whatever it is.*

C. Nature of Suit: Denial of entry resulting financial loss.

UNITED STATES DISTRICT COURT
FILED
JUL 18 2024
MARK C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** **NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: ASADUL ALAM

Present Address: 2103-4301 Kingston Road, Scarborough, ON M1E 2N1 Canada

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION** **NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: US Department of Homeland Security

Official Position of Defendant (if relevant): Office of the General Counsel

Address of Defendant: 245 Murray Lane SW Mailstop 0485 WASHINGTON, DC,20528 USA

Name of Second Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

Name of Third Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

**A.**     Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

Yes ☐     No ☑

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.     Name(s) of the parties to this other lawsuit:

Plaintiff(s): _____

Defendant(s):_____

_____

2.    Court (if federal court, name the district; if state court, name the county):_____

_____

3.    Docket or Index Number:_____

4.    Name of Judge to whom case was assigned:_____

5.    The approximate date the action was filed:_____

6.    What was the disposition of the case?

Is it still pending?  Yes☐  No☐

If not, give the approximate date it was resolved._____

Disposition (check those statements which apply):

☐ Dismissed (check the statement which indicates why it was dismissed):

☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

☐ By court due to your voluntary withdrawal of claim;

☐ Judgment upon motion or after trial entered for

☐ plaintiff
☐ defendant.

---

## 5.  STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action.  You **must** include a statement of the facts which you believe support each of your claims.  In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief."  "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted.  Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial."  Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

**A. FIRST CLAIM:** On (*date of the incident*) Since 2006 to 2023_____,

defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _____
CBP, immigration and ICE officer(s)._____

_____

3

did the following to me (*briefly state what each defendant named above did*): _____

**Denied my entry to the USA.** _____

_____

_____

_____

_____

_____

The federal basis for this claim is: **Negligence** _____

_____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

**provide financial compensation.** _____

_____

_____

**B. SECOND CLAIM:** On (*date of the incident*) _____,

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

_____

_____

did the following to me (*briefly state what each defendant named above did*): _____

_____

_____

_____

_____

_____

_____

The federal basis for this claim is: _____

_____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

_____

_____

_____

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

<u>**6. SUMMARY OF RELIEF SOUGHT**</u>

*Summarize the relief requested by you in each statement of claim above.*

Standard financial damage of 10 millions or more as eligible for 18 years of career or financial loss.

Do you want a **jury trial**? Yes ☑ No ☐

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___July 15th, 2024___
          (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Asadul Alam

Signature(s) of Plaintiff(s)

From:
Asadul Alam

2103-4301 Kingston Road

Scarborough, ON M1E2N1
(510) 404-8017

Ship Date: 15JUL24
ActWgt: 0.50 LB
CAD: D06996629/WSXI3700

TO
**United States District Court**

**2 NIAGARA SQUARE**
**Western District of New York**
**BUFFALO, NY 14202**

Ref: YBZA 33.70 CAD-9127-CC
INV:
PO:                      Dept:

(716) 551-1700


Ground

(US)





1
of
1



(9612026) 5492626 10094785

INT-GND
Prepaid



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.